**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ernest**<br>First name<br><br>**Lawrence**<br>Middle name<br><br>**Johnson**<br>Last name and Suffix (Sr., Jr., II, III) | **Stacey**<br>First name<br><br>**Ann**<br>Middle name<br><br>**Johnson**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Ernie Johnson**<br>**E.L. Johnson** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6256 | xxx-xx-4465 |

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br>EINs<br>_____ | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br>EINs<br>_____ |
| **5. Where you live** | **2538 W. Patterson Ave.**<br>**Chicago, IL 60618**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ |

| Debtor 1 | **Ernest Lawrence Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | Case number *(if known)* | |

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Ernest Lawrence Johnson** | |
|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | Case number *(if known)* |

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**E.L. Johnson Investigations**
Name of business, if any

**2538 W. Patterson Ave.**
**Chicago, IL 60615**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

---

| Debtor 1 | **Ernest Lawrence Johnson** | | |
| Debtor 2 | **Stacey Ann Johnson** | Case number *(if known)* | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

| 17. | **Are you filing under Chapter 7?** | ☐ No. | I am not filing under Chapter 7. Go to line 18. |

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

| 18. | How many Creditors do you estimate that you owe? | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| --- | --- | --- | --- | --- |
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 19. | How much do you estimate your assets to be worth? | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 20. | How much do you estimate your liabilities to be? | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Ernest Lawrence Johnson | /s/ Stacey Ann Johnson |
| --- | --- |
| **Ernest Lawrence Johnson** | **Stacey Ann Johnson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on  **May 24, 2016** | Executed on  **May 24, 2016** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Joseph S. Davidson**                                    Date    **May 24, 2016**
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Joseph S. Davidson**
Printed name

**Sulaiman Law Group, Ltd.**
Firm name

**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**
Number, Street, City, State & ZIP Code

Contact phone  **630-575-8181**                    Email address    **courtinfo@sulaimanlaw.com**

**6301581**
Bar number & State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stacey Ann Johnson** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................... | $        1,162,054.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $             52,481.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $        1,214,535.00 |

**Part 2:     Summarize Your Liabilities**

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        1,251,937.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F....................* | $             19,275.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...........* | $        1,057,164.81 |
| | **Your total liabilities** | $        2,328,376.81 |

**Part 3:     Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I...............* | $             1,161.17 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J........................* | $             8,077.33 |

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Ernest Lawrence Johnson**

Debtor 2   **Stacey Ann Johnson**

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 1,161.18

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F,* copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 19,275.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 19,275.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**2538 W. Patterson Ave.**
Street address, if available, or other description

**Chicago**       **IL**     **60618-0000**
City             State    ZIP Code

**Cook**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Value according to www.zillow.com**
**P.I.N. 13-24-212-001-0000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$1,162,054.00**

Current value of the portion you own?
**$1,162,054.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=>**

| |
|---|
| **$1,162,054.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Mercedes-Benz** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1
Make: **Mercedes-Benz**
Model: **GL350 BLUETEC Sport Utility 4D**
Year: **2010**
Approximate mileage: **42,250**
Other information:

**Value according to www.kbb.com, Private Party Value (Good Condition)**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,170.00 | $25,170.00 |

3.2
Make: **Jeep**
Model: **Cherokee**
Year: **2015**
Approximate mileage: **17,500**
Other information:

**Value according to www.kbb.com, Private Party Value (Good Condition)**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $17,789.00 | $17,789.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>**

$42,959.00

**Part 3:**    Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes.  Describe.....

| Household Goods and Furnishings | $1,000.00 |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes.  Describe.....

| Electronics | $1,000.00 |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Ernest Lawrence Johnson** | |
|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | |
| | | Case number *(if known)* _____ |

**8. Collectibles of value**

> *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☒ No
- ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

> *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ☒ No
- ☐ Yes. Describe.....

**10. Firearms**

> *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- ☒ No
- ☐ Yes. Describe.....

**11. Clothes**

> *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

- ☐ No
- ☒ Yes. Describe.....

| Clothes | $500.00 |
|---|---|

**12. Jewelry**

> *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- ☐ No
- ☒ Yes. Describe.....

| Jewelry | $500.00 |
|---|---|

**13. Non-farm animals**

> *Examples:* Dogs, cats, birds, horses

- ☒ No
- ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- ☒ No
- ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $3,000.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

> *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☒ No
- ☐ Yes.................................................................................

**17. Deposits of money**

> *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

- ☒ No
- ☐ Yes........................      Institution name:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Ernest Lawrence Johnson** | | |
| Debtor 2 | **Stacey Ann Johnson** | Case number *(if known)* | |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
   Name of entity:                                    % of ownership:

   **E.L. Johnson Investigation**                          **100**      %                **Unknown**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
   Type of account:        Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them...

   **Illinois Department of Professional Regulation Private Detective and Private Security License**                **$0.00**

**Money or property owed to you?**                **Current value of the portion you own?** Do not deduct secured claims or exemptions.

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number *(if known)* _____

28. **Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|--|--|--|--|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☑ No
- ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☑ No
- ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☑ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ☑ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| **$0.00** |
|--|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- ☐ No
- ☑ Yes. Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Ernest Lawrence Johnson** | |
|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | |
| | | Case number *(if known)* |

| Accounts Receivable | $5,000.00 |
|---|---|

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| Office Equipment, Furnishings and Supplies | $1,000.00 |
|---|---|

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes.  Describe.....

**41. Inventory**
■ No
☐ Yes.  Describe.....

**42. Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
          Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ■ No
   ☐ Yes.  Describe.....

**44. Any business-related property you did not already list**
☐ No
■ Yes. Give specific information.........

| Business Checking Account ending in 9387 with PNC Bank, N.A. | $332.37 |
|---|---|

| Business Checking Account ending in 9395 with PNC Bank, N.A. | $189.63 |
|---|---|

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................................................... | $6,522.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number *(if known)*

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................ | **$1,162,054.00**

56. **Part 2: Total vehicles, line 5** | **$42,959.00**
57. **Part 3: Total personal and household items, line 15** | **$3,000.00**
58. **Part 4: Total financial assets, line 36** | **$0.00**
59. **Part 5: Total business-related property, line 45** | **$6,522.00**
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00**
61. **Part 7: Total other property not listed, line 54** + | **$0.00**

62. **Total personal property.** Add lines 56 through 61... | **$52,481.00** | Copy personal property total | **$52,481.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$1,214,535.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2538 W. Patterson Ave. Chicago, IL 60618  Cook County**<br>**Value according to www.zillow.com**<br>**P.I.N. 13-24-212-001-0000**<br>Line from *Schedule A/B*: **1.1** | $1,162,054.00 | ■ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-901** |
| **Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Ernest Lawrence Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Accounts Receivable**<br>Line from *Schedule A/B*: **38.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Office Equipment, Furnishings and Supplies**<br>Line from *Schedule A/B*: **39.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Business Checking Account ending in 9387 with PNC Bank, N.A.**<br>Line from *Schedule A/B*: **44.1** | $332.37 | ■ $332.37<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Business Checking Account ending in 9395 with PNC Bank, N.A.**<br>Line from *Schedule A/B*: **44.2** | $189.63 | ■ $189.63<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** | **BP II Homeowner Association** | **$1,500.00** | **$1,162,054.00** | **$1,500.00** |

Creditor's Name

**2534 W. Patterson Ave. Chicago, IL 60618**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2538 W. Patterson Ave. Chicago, IL 60618  Cook County**
**Value according to www.zillow.com**
**P.I.N. 13-24-212-001-0000**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Assessment**

Date debt was incurred _____     Last 4 digits of account number _____

| **2.2** | **Cook County Assessor's Office** | **$0.00** | **$1,162,054.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**118 N. Clark St., Room 301 Chicago, IL 60602**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2538 W. Patterson Ave. Chicago, IL 60618  Cook County**
**Value according to www.zillow.com**
**P.I.N. 13-24-212-001-0000**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** | |
| | First Name        Middle Name        Last Name | Case number (if know) |
| Debtor 2 | **Stacey Ann Johnson** | |
| | First Name        Middle Name        Last Name | |

☐ **Check if this claim relates to a**　　☐ Other (including a right to offset) _____
　　**community debt**

Date debt was incurred _____　　Last 4 digits of account number _____

---

| 2.3 | **Cook County Treasurer's Office** | Describe the property that secures the claim: | **$0.00** | **$1,162,054.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

> **2538 W. Patterson Ave. Chicago, IL 60618  Cook County**
> **Value according to www.zillow.com**
> **P.I.N. 13-24-212-001-0000**

**118 N. Clark St., Room 112**
**Chicago, IL 60602**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____　　Last 4 digits of account number _____

---

| 2.4 | **Santander Consumer USA** | Describe the property that secures the claim: | **$26,996.00** | **$17,789.00** | **$9,207.00** |
|---|---|---|---|---|---|

Creditor's Name

> **2015 Jeep Cherokee 17,500 miles**
> **Value according to www.kbb.com,**
> **Private Party Value (Good Condition)**

**Po Box 961275**
**Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　　**Vehicle Lien**

Date debt was incurred  **Opened 4/01/15 Last Active 3/11/16**　　Last 4 digits of account number  **1000**

---

| 2.5 | **Santander Consumer USA** | Describe the property that secures the claim: | **$26,759.00** | **$25,170.00** | **$1,589.00** |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

| Debtor 1 | **Ernest Lawrence Johnson** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Stacey Ann Johnson** | | | | |
| | First Name | Middle Name | Last Name | | |

---

Creditor's Name

**2010 Mercedes-Benz GL350
BLUETEC Sport Utility 4D 42,250
miles
Value according to www.kbb.com,
Private Party Value (Good
Condition)**

**Po Box 961245
Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Vehicle Lien**

**Opened
1/01/16
Last Active
4/19/16**

| Date debt was incurred | | Last 4 digits of account number | **1000** |
|---|---|---|---|

---

| 2.6 | **Wells Fargo Bank Nv Na** | Describe the property that secures the claim: | **$212,077.00** | **$1,162,054.00** | **$34,628.00** |
|---|---|---|---|---|---|

Creditor's Name

**Mac F8235-02f
Po Box 10438
Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**2538 W. Patterson Ave. Chicago, IL
60618  Cook County
Value according to www.zillow.com
P.I.N. 13-24-212-001-0000**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

**Opened
6/01/07
Last Active
1/26/16**

| Date debt was incurred | | Last 4 digits of account number | **1998** |
|---|---|---|---|

---

| 2.7 | **Wells Fargo Home Mtg** | Describe the property that secures the claim: | **$984,605.00** | **$1,162,054.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Written Correspondence
Resolutions
Mac#X2302-04e Po Box
10335
Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**2538 W. Patterson Ave. Chicago, IL
60618  Cook County
Value according to www.zillow.com
P.I.N. 13-24-212-001-0000**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

| Debtor 1 | **Ernest Lawrence Johnson** | | | Case number (if know) | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Stacey Ann Johnson** | | | | |
| | First Name | Middle Name | Last Name | | |

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **Mortgage**

|  | **Opened 6/01/07 Last Active** | |
|---|---|---|
| Date debt was incurred | **1/26/16** | Last 4 digits of account number    **8067** |

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,251,937.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,251,937.00** |

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Illinois Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___  **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Taxes:  Federal, State or Local**

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number (if know) _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number _____ | $19,275.00 | $19,275.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 21126**
**Philadelphia, PA 19114-0326**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Taxes:  Federal, State or Local**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **1 Legal Process Service LLC** | Last 4 digits of account number _____ | $85.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1020 Bordner Street**
**Montpelier, OH 43543**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

Debtor 1 **Ernest Lawrence Johnson**

Debtor 2 **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.2 | **3 Points** | Last 4 digits of account number _____ | **$883.00** |

Nonpriority Creditor's Name

**1100 Jorie Blvd.   Suite 100**

**Oak Brook, IL 60523**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services** _____

---

| 4.3 | **A Precision Investigation & Consulting** | Last 4 digits of account number _____ | **$311.66** |

Nonpriority Creditor's Name

**8216 Princeton-Glendale Rd.  #260**

**West Chester, OH 45069**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services** _____

---

| 4.4 | **AAA Process Service** | Last 4 digits of account number _____ | **$190.00** |

Nonpriority Creditor's Name

**3408 Thunderbird Lane**

**Wausau, WI 54401**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services** _____

---

| Debtor 1 | **Ernest Lawrence Johnson** |
|---|---|
| Debtor 2 | **Stacey Ann Johnson** |

Case number *(if know)* _____

---

| 4.5 | **Accurate Serve** | Last 4 digits of account number _____ | $150.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 5141**
**Lakeland, FL 33807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| 4.6 | **Accurate Serve** | Last 4 digits of account number _____ | $125.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4446 Hendricks Ave., Ste. 207**
**Jacksonville, FL 32207**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| 4.7 | **Accurate Serve of Orlando** | Last 4 digits of account number _____ | $255.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**424 E. Central Blvd., Ste. 304**
**Orlando, FL 32801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| Debtor 2 | **Stacey Ann Johnson** |

Case number (if know) _____

---

| 4.8 | **Action Investigation Service, Inc** |
|---|---|

Nonpriority Creditor's Name

**P O Box 270145**
**Milwaukee, WI 53227**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$92.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services** _____

---

| 4.9 | **Action Serv** |
|---|---|

Nonpriority Creditor's Name

**P O Box 7656**
**Visalia, CA 93290**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$40.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services** _____

---

| 4.1 0 | **Action Subpoena Inc** |
|---|---|

Nonpriority Creditor's Name

**PO Box 236**
**Bronx, NY 10471**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$65.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services** _____

---

| Debtor 1 | **Ernest Lawrence Johnson** |
|---|---|
| Debtor 2 | **Stacey Ann Johnson** |

Case number *(if know)* _____

---

| 4.1 1 | **ADP LLC** | Last 4 digits of account number _____ | **$1,332.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 842875**
**Boston, MA 02284**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| 4.1 2 | **ADP LLC** | Last 4 digits of account number _____ | **$217.75** |
|---|---|---|---|

Nonpriority Creditor's Name
**1851 N Resler Dr MS-100**
**El Paso, TX 79912**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| 4.1 3 | **Aetna Insurance Agency** | Last 4 digits of account number _____ | **$1,772.80** |
|---|---|---|---|

Nonpriority Creditor's Name
**100 N. Riverside Plaza #200**
**Chicago, IL 60606**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

Debtor 1 **Ernest Lawrence Johnson**

Debtor 2 **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.14 | | | |
|---|---|---|---|
| | **American Expediting** | Last 4 digits of account number _____ | **$175.00** |

Nonpriority Creditor's Name

**1959 Shawnee Road Suite #160**

**Saint Paul, MN 55122**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.15 | | | |
|---|---|---|---|
| | **American Express** | Last 4 digits of account number _____ | **$24,351.28** |

Nonpriority Creditor's Name

**Box 0001**

**Los Angeles, CA 90096-8000**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.16 | | | |
|---|---|---|---|
| | **AmStar Express** | Last 4 digits of account number _____ | **$198.36** |

Nonpriority Creditor's Name

**509 MARIN ST  SUITE 237**

**Thousand Oaks, CA 91360**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.17 | **Anderson Brothers Storage and Moving Cor** | | Last 4 digits of account number _____ | $4,749.00 |

Nonpriority Creditor's Name

**3141 N. Sheffield**

**Chicago, IL 60657**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.18 | **At & T** | | Last 4 digits of account number _____ | $465.97 |

Nonpriority Creditor's Name

**Po Box 5080**

**Carol Stream, IL 60197-5080**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Utility Service**

---

| 4.19 | **AT&T** | | Last 4 digits of account number _____ | $446.69 |

Nonpriority Creditor's Name

**Bill Payment Center**

**Saginaw, MI 48663-0003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 0** | **Atlanta Attorney Services** | |

Nonpriority Creditor's Name

**2814 Spring Road, Suite 120**
**Atlanta, GA 30339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$705.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| | | |
|---|---|---|
| **4.2 1** | **AZASAP LLC** | |

Nonpriority Creditor's Name

**7550 N 12TH ST  #1441**
**Phoenix, AZ 85020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$58.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| | | |
|---|---|---|
| **4.2 2** | **Bank Of America** | |

Nonpriority Creditor's Name

**P.O. Box 26012**
**Greensboro, NC 27410**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **9567**    **$23,681.00**

**When was the debt incurred?**    **Opened  8/01/95  Last Active 11/19/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Purchases**

---

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**                                    Case number (if know) _____

| 4.2 3 | **Bank of America** | **Last 4 digits of account number** _____ | **$23,681.31** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 982236**
**El Paso, TX 79998-2236**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services**

---

| 4.2 4 | **Bank Of America, N.A.** * | **Last 4 digits of account number** _____ | **$213.58** |
|---|---|---|---|

Nonpriority Creditor's Name
**401 N. Tryon Street**
**NC1-021-02-20**
**Charlotte, NC 28255**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services**

---

| 4.2 5 | **Barclays Bank Delaware** | **Last 4 digits of account number** **0027** | **$17,677.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 8801**
**Wilmington, DE 19899**

**When was the debt incurred?**    **Opened  3/01/14  Last Active 11/05/15**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card Purchases**

---

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.2 6 | **Barrister Investigations - Lockport** | Last 4 digits of account number _____ | **$50.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**610 Maryknoll Drive**
**Lockport, IL 60441**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.2 7 | **Barrister Investigations - Lockport** | Last 4 digits of account number _____ | **$50.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**610 Maryknoll Drive**
**Lockport, IL 60441**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.2 8 | **Bears Master Card (0027)** | Last 4 digits of account number _____ | **$17,677.45** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 60517**
**City of Industry, CA 91716**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.2<br>9 | **Black Diamond** | Last 4 digits of account number _____ | $215.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**520 SE Fort King St  Suite A1-2**
**Ocala, FL 34470**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services**

---

| 4.3<br>0 | **Brandywine Process Servers, LTD** | Last 4 digits of account number _____ | $55.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1360**
**Wilmington, DE 19899**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services**

---

| 4.3<br>1 | **Bridgeview Bank Group** | Last 4 digits of account number _____ | $65.10 |
|---|---|---|---|

Nonpriority Creditor's Name

**4753 N. Broadway**
**Chicago, IL 60687**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card Purchases**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

| 4.3<br>2 | **Bullet Legal Services, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1930 Village Center Circle #3-965**
**Las Vegas, NV 89134**

Last 4 digits of account number _____      **$1,127.50**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.3<br>3 | **Byline Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**3639 N Broadway**
**Chicago, IL 60613**

Last 4 digits of account number  **2507**      **$700.00**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Overdrawn service fees**

---

| 4.3<br>4 | **Byline Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**3639 N Broadway**
**Chicago, IL 60613**

Last 4 digits of account number  **1046**      **$47,000.00**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number *(if know)* _____

---

| 4.3 5 | **Byline Bank** | Last 4 digits of account number | **5314** | **$38,000.00** |

Nonpriority Creditor's Name

**3639 N Broadway**
**Chicago, IL 60613**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 6 | **ByLine Bank** | Last 4 digits of account number | | **$1,700.00** |

Nonpriority Creditor's Name

**3639 N. Broadway Street**
**Chicago, IL 60613**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services**

---

| 4.3 7 | **Byline Bank** | Last 4 digits of account number | | **$500.00** |

Nonpriority Creditor's Name

**3639 N Broadway**
**Chicago, IL 60613**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services**

---

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number *(if know)* _____

---

| 4.3 8 | **Byline Bank** | Last 4 digits of account number _____ | **$34,681.81** |

Nonpriority Creditor's Name
**3639 N Broadway**
**Chicago, IL 60613**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.3 9 | **Byline Bank** | Last 4 digits of account number _____ | **$47,017.68** |

Nonpriority Creditor's Name
**3639 N Broadway**
**Chicago, IL 60613**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.4 0 | **Canon Financial Services, Inc.** | Last 4 digits of account number _____ | **$79,192.50** |

Nonpriority Creditor's Name
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**                                          Case number (if know) _____

---

| 4.4 1 | **Canon Solutions America** | Last 4 digits of account number _____ | **$4,615.28** |

Nonpriority Creditor's Name
**15004 Collections Center Drive**
**Chicago, IL 60693**                                      When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                       **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                            ☐ Contingent
■ Debtor 1 and Debtor 2 only                               ☐ Unliquidated
☐ At least one of the debtors and another                  ☐ Disputed
☐ **Check if this claim is for a community**               **Type of NONPRIORITY unsecured claim:**
**debt**                                                   ☐ Student loans
**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                       report as priority claims
☐ Yes                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify    **Business Services**

---

| 4.4 2 | **Capitol Investigation - Bill Caputo** | Last 4 digits of account number _____ | **$55.00** |

Nonpriority Creditor's Name
**130 Inverness Plaza #500**
**Birmingham, AL 35242**                                   When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                       **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                            ☐ Contingent
■ Debtor 1 and Debtor 2 only                               ☐ Unliquidated
☐ At least one of the debtors and another                  ☐ Disputed
☐ **Check if this claim is for a community**               **Type of NONPRIORITY unsecured claim:**
**debt**                                                   ☐ Student loans
**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                       report as priority claims
☐ Yes                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify    **Business Services**

---

| 4.4 3 | **Caroline J. Smith & Associates** | Last 4 digits of account number _____ | **$1,200.00** |

Nonpriority Creditor's Name
**77 W WASHINGTON ST, SUITE**
**#1001**
**Chicago, IL 60602**                                      When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                       **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                            ☐ Contingent
■ Debtor 1 and Debtor 2 only                               ☐ Unliquidated
☐ At least one of the debtors and another                  ☐ Disputed
☐ **Check if this claim is for a community**               **Type of NONPRIORITY unsecured claim:**
**debt**                                                   ☐ Student loans
**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                       report as priority claims
☐ Yes                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify    **Business Services**

---

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number (if know) _____

| | | |
|---|---|---|
| 4.4 4 | **Certified Process Service LLC** | Last 4 digits of account number _____ | $65.00 |

Nonpriority Creditor's Name
**PO Box 77251**
**Trenton, NJ 08628**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| | | |
|---|---|---|
| 4.4 5 | **Chameleon Investigations, Inc** | Last 4 digits of account number _____ | $69.00 |

Nonpriority Creditor's Name
**33 Wilshire Dr**
**Avondale Estates, GA 30002**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| | | |
|---|---|---|
| 4.4 6 | **Chase** | Last 4 digits of account number  0827 | $23,685.00 |

Nonpriority Creditor's Name
**Attn: Correspondence Dept**
**P.O. Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    **Opened  3/01/99  Last Active 11/25/15**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Purchases**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**                                    Case number (if know) _____

| 4.4 7 | **Chase** | Last 4 digits of account number | **7377** | $22,320.00 |

Nonpriority Creditor's Name
**Attn: Correspondence Dept**
**P.0. Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    **Opened  9/01/08  Last Active 11/26/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card Purchases**

| 4.4 8 | **Chase** | Last 4 digits of account number | **3221** | $20,089.00 |

Nonpriority Creditor's Name
**Attn: Correspondence Dept**
**P.O. Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    **Opened  2/01/93  Last Active 11/19/15**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card Purchases**

| 4.4 9 | **Chase** | Last 4 digits of account number | | $23,685.94 |

Nonpriority Creditor's Name
**PO Box 15153**
**Wilmington, DE 19886**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card Purchases**

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**                              Case number (if know) _____

---

| 4.5 0 | **Chase** | **Last 4 digits of account number** _____ | **$20,089.28** |

Nonpriority Creditor's Name
**POB 15153**
**Wilmington, DE 19886-5153**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business Services**

---

| 4.5 1 | **Chase** | **Last 4 digits of account number** _____ | **$21,449.67** |

Nonpriority Creditor's Name
**PO Box 15153**
**Wilmington, DE 19886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business Services**

---

| 4.5 2 | **Chicago Podiatric Surgeons** | **Last 4 digits of account number** **2615** | **$1,500.00** |

Nonpriority Creditor's Name
**467 W. Erie Street**
**Chicago, IL 60654**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     **Opened  2/01/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Medical or Dental Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.5 3 | **CHRIS WRIGHT & ASSOCIATES** | Last 4 digits of account number _____ | $100.00 |

Nonpriority Creditor's Name
**PO BOX 1034**
**Longmont, CO 80502**

When was the debt incurred? _____

Number Street City State ZIp Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.5 4 | **Christopher Mason** | Last 4 digits of account number _____ | $160.00 |

Nonpriority Creditor's Name
**1227 N. OSBURN AVENUE**
**Springfield, IL 62702**

When was the debt incurred? _____

Number Street City State ZIp Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.5 5 | **CIMCO Communications, INc.** | Last 4 digits of account number _____ | $1,000.00 |

Nonpriority Creditor's Name
**16333 Collections Center Drive**
**Chicago, IL 60693**

When was the debt incurred? _____

Number Street City State ZIp Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number *(if know)* _____

---

| 4.5 6 | **Citi Cards** | Last 4 digits of account number _____ | **$11,234.68** |

Nonpriority Creditor's Name
**PO Box 78045**
**Phoenix, AZ 85062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Services**

---

| 4.5 7 | **Citi Visa** | Last 4 digits of account number _____ | **$12,164.50** |

Nonpriority Creditor's Name
**6716 Grade Lane, Bldg 9, Suite 910**
**Louisville, KY 40213**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Services**

---

| 4.5 8 | **Citibank** | Last 4 digits of account number  **5150** | **$12,361.00** |

Nonpriority Creditor's Name
**Citicorp Credit Svcs/Attn:**
**Centralized B**
**P.O. Box 790040**
**Saint Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**  **Opened  1/01/91  Last Active 10/15/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Credit Card Purchases**

---

| Debtor 1 | **Ernest Lawrence Johnson** |
|---|---|
| Debtor 2 | **Stacey Ann Johnson** |

Case number *(if know)* _____

---

**4.59**

| **Citibank/Best Buy** | Last 4 digits of account number | **1318** | **$11,234.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Centralized Bankruptcy/CitiCorp Credit S**
**P.O. Box 790040**
**St Louis, MO 63179**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened  9/01/11  Last Active 10/02/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

---

**4.60**

| **City of Chicago- Department of Finance** | Last 4 digits of account number | | **$500.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**500 W. Monroe St**
**Chicago, IL 60661**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility Service**

---

**4.61**

| **Class Action Research & Litigation Suppo** | Last 4 digits of account number | | **$65.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Support Services, Inc.  P.O. Box 740**
**Penryn, CA 95663**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

| 4.6 2 | | | |
|---|---|---|---|

**Comcast (Office)**

Nonpriority Creditor's Name
**PO Box 3001**
**Southeastern, PA 19398-3001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $805.28

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.6 3 | | | |
|---|---|---|---|

**Comcast Business**

Nonpriority Creditor's Name
**PO Box 37601**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $5,000.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.6 4 | | | |
|---|---|---|---|

**Comcast Cable**

Nonpriority Creditor's Name
**PO Box 3002**
**Southeastern, PA 19398**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $202.96

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

Debtor 1    **Ernest Lawrence Johnson**

Debtor 2    **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.6 5 | **Commonwealth Edison Co** | Last 4 digits of account number _____ | $2,064.80 |
|---|---|---|---|

Nonpriority Creditor's Name

**3 Lincoln Center**
**Attn: BK Section**
**Villa Park, IL 60181**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Utility Service** _____

---

| 4.6 6 | **Court House Legal Services, Inc.** | Last 4 digits of account number _____ | $100.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**112 Haddontowne Court, Suite 304**
**Cherry Hill, NJ 08034**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services** _____

---

| 4.6 7 | **Courthouse Courier** | Last 4 digits of account number _____ | $1,425.75 |
|---|---|---|---|

Nonpriority Creditor's Name

**1032 S. 2nd Street**
**Springfield, IL 62705-4000**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services** _____

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.6 8 | **Dowd and Dowd** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**617 West Fulton St**
**Chicago, IL 60661**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice Only**

---

| 4.6 9 | **Duces Tecum, Inc.** | Last 4 digits of account number _____ | $721.75 |
|---|---|---|---|

Nonpriority Creditor's Name
**3801 Kirby Dr., Suite 313**
**Houston, TX 77098**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services**

---

| 4.7 0 | **Dynamic Legal Services** | Last 4 digits of account number _____ | $49.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1629**
**Fresno, CA 93717**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Services**

---

Debtor 1   **Ernest Lawrence Johnson**

Debtor 2   **Stacey Ann Johnson**

Case number (if know) _____

| | | |
|---|---|---|
| 4.7 1 | **Elan Visa** | **$17,860.50** |

Nonpriority Creditor's Name

**PO Box 790408**

**Saint Louis, MO 63179-0408**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| | | |
|---|---|---|
| 4.7 2 | **Encore Process Service** | **$242.20** |

Nonpriority Creditor's Name

**2862 Johnstown Rd, Ste 200**

**Columbus, OH 43219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| | | |
|---|---|---|
| 4.7 3 | **Equifax Information Services, LLC** | **$0.00** |

Nonpriority Creditor's Name

**1550 Peachtree Street NW**

**Atlanta, GA 30309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only**

---

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.7 4 | **Execuitve Process, LLC dba EZ Messenger** | Last 4 digits of account number _____ | **$100.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1250 S Capital of Texas Highway Buildin**
**Austin, TX 78746**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services** _____

---

| 4.7 5 | **Experian Information Solutions, Inc.** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**475 Anton Boulevard**
**Costa Mesa, CA 92626**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

| 4.7 6 | **Express Attorney Services** | Last 4 digits of account number _____ | **$70.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 1837**
**Sioux Falls, SD 57101**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services** _____

---

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**                                  Case number (if know) _____

---

| 4.7 7 | **Expxress Legal Services** | Last 4 digits of account number _____ | **$75.00** |

Nonpriority Creditor's Name

**2925 Gulf Freeway S., Suite B-243**
**League City, TX 77573**                    When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                               ☐ Contingent

■ Debtor 1 and Debtor 2 only                  ☐ Unliquidated

☐ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
**debt**
                                              ☐ Student loans
**Is the claim subject to offset?**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                             report as priority claims

☐ Yes                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify   **Business Services**

---

| 4.7 8 | **Expxress Legal Services** | Last 4 digits of account number _____ | **$75.00** |

Nonpriority Creditor's Name

**2925 Gulf Freeway S., Suite B-243**
**League City, TX 77573**                    When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                               ☐ Contingent

■ Debtor 1 and Debtor 2 only                  ☐ Unliquidated

☐ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
**debt**
                                              ☐ Student loans
**Is the claim subject to offset?**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                             report as priority claims

☐ Yes                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify   **Business Services**

---

| 4.7 9 | **F.E.D. Process Servers, Inc** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**5079 N. Dixie Hwy #330**
**Fort Lauderdale, FL 33334**                 When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                               ☐ Contingent

■ Debtor 1 and Debtor 2 only                  ☐ Unliquidated

☐ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
**debt**
                                              ☐ Student loans
**Is the claim subject to offset?**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                             report as priority claims

☐ Yes                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify   **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**                                   Case number *(if know)* _____

---

| 4.8 0 | **Family & Court Services, LLC** | Last 4 digits of account number _____ | $87.00 |

Nonpriority Creditor's Name
**115 E BURLEIGH BLVD**
**Tavares, FL 32778**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Services**

---

| 4.8 1 | **FedEx** | Last 4 digits of account number _____ | $221.06 |

Nonpriority Creditor's Name
**PO Box 94515**
**Palatine, IL 60094-4515**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Services**

---

| 4.8 2 | **Finch Process Service** | Last 4 digits of account number _____ | $75.00 |

Nonpriority Creditor's Name
**Finch Process Service**
**Kenosha, WI 53142**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**                                   Case number (if know) _____

---

| 4.8 3 | **Finest Services Inc** | Last 4 digits of account number _____ | $196.45 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 709**
**Valley Cottage, NY 10989**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services** _____

---

| 4.8 4 | **Franklin Investigations, Inc** | Last 4 digits of account number _____ | $300.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 9071**
**Fargo, ND 58106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services** _____

---

| 4.8 5 | **GE Capital Information Technology Soluti** | Last 4 digits of account number _____ | $120,720.89 |
|---|---|---|---|

Nonpriority Creditor's Name
**Solutions U.S.A., Inc.   Dept. CH 19188**
**Palatine, IL 60055-9188**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services** _____

---

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number *(if know)* _____

---

| 4.8 6 | **Genesis Information Services, Inc** | | | $120.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**9604 Jefferson Highway    Ste 1-109**
**New Orleans, LA 70123**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.8 7 | **GEORGE BECHELLI** | | | $660.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1920 EVERETT ST**
**West Frankfort, IL 62896**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.8 8 | **Gregg Investigations, Inc.** | | | $660.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**500 E. Milwaukee St., Lower   P O**
**Box 12**
**Janesville, WI 53547**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| Debtor 1 | **Ernest Lawrence Johnson** |
|---|---|
| Debtor 2 | **Stacey Ann Johnson** |

Case number (if know) _____

---

**4.89**

**GSI**

Nonpriority Creditor's Name

**360 E. 1ST ST, SUITE 773**
**Tustin, CA 92780**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$110.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business Services**

---

**4.90**

**Hansen's Guaranteed Process Co**

Nonpriority Creditor's Name

**9530 Imperial Hwy. Ste D**
**Downey, CA 90242**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$71.90**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business Services**

---

**4.91**

**Hawkeye Legal Services**

Nonpriority Creditor's Name

**2731 Douglas Ave**
**Des Moines, IA 50310**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$53.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number *(if know)* _____

---

| 4.9 2 | **Horwich Coleman Levin LLC** | Last 4 digits of account number | **1237** | **$5,200.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**200 South Michigan Ave, Ste. 1100**
**Chicago, IL 60604**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     **Services**

---

| 4.9 3 | **Horwich Coleman Levin, LLC** | Last 4 digits of account number | | **$13,548.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**125 S. Wacker Drive   Suite 1500**
**Chicago, IL 60606**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     **Business Services**

---

| 4.9 4 | **Howard & Howard** | Last 4 digits of account number | | **$5,427.25** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**200 South Michigan Ave, Suite 1100**
**Chicago, IL 60604**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     **Business Services**

---

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.9 5 | **HPS Process Service & Investigations Inc** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1669 Jefferson St**
**Kansas City, MO 64108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$69.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| 4.9 6 | **Hughes Legal Support** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 20617**
**Cranston, RI 02920**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$217.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| 4.9 7 | **Humble Investigations, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1113 South Range Avenue, Ste. 110, #126**
**Denham Springs, LA 70726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$100.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Services**

---

| Debtor 1 | **Ernest Lawrence Johnson** | |
|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | Case number (if know) |

---

**4.98**

| **Ice Mountain Spring Water** | | $1,400.00 |
|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 856680**
**Louisville, KY 40285-6680**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

**4.99**

| **InfoCorp Investigative Services, LLC** | | $65.00 |
|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 120**
**Lewis Center, OH 43035**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

**4.100**

| **InterPark** | | $6,000.00 |
|---|---|---|

Nonpriority Creditor's Name
**91144 Collection Center Drive**
**Chicago, IL 60693**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 01 | **Isabelle Tintenier** | Last 4 digits of account number _____ | **$110.00** |

Nonpriority Creditor's Name
**WDC-PSI LLC**
**11140 Rockville Pike   Ste. 236**
**Rockville, MD 20852**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 02 | **James Hall** | Last 4 digits of account number _____ | **$625.00** |

Nonpriority Creditor's Name
**1639 Meadow Lark Dr**
**Galesburg, IL 61401**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 03 | **JOHN PACIGA** | Last 4 digits of account number _____ | **$670.00** |

Nonpriority Creditor's Name
**10231 S MAJOR AVE UNIT 208**
**Oak Lawn, IL 60453**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know)  _____

---

| 4.1 04 | **John Roberson Investigations** | **Last 4 digits of account number** _____ | **$95.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**246 Outback Ridge Trail**
**Jasper, GA 30143**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Services**

---

| 4.1 05 | **Kentucky Process Service, Inc** | **Last 4 digits of account number** _____ | **$115.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**126 S. Locuts Street**
**Versailles, KY 40383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Services**

---

| 4.1 06 | **Kern Legal Services** | **Last 4 digits of account number** _____ | **$200.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1614 W. Temple Street**
**Los Angeles, CA 90026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 07 | **Konica Minolta Direct Accts - Maintenanc** | | **Last 4 digits of account number** _____ | **$4,792.06** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**13847 Collections Center Dr.**
**Chicago, IL 60693**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.1 08 | **Kwik Serve** | | **Last 4 digits of account number** _____ | **$115.56** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2555 South 177th Plaza #53**
**Omaha, NE 68130**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.1 09 | **Lawrence Lattuca** | | **Last 4 digits of account number** _____ | **$75.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10809 Minnesota Ct**
**Orland Park, IL 60467**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 10 | **Lincoln Park Smiles** | Last 4 digits of account number _____ | **$420.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1701 N. Sheffield Ave**
**Chicago, IL 60614**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Medical or Dental Services**

---

| 4.1 11 | **Manuel Carrasco - 1099** | Last 4 digits of account number _____ | **$3,655.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3103 S. Ridgeway Ave**
**Elgin, IL 60123**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Services**

---

| 4.1 12 | **McDowell & Associates** | Last 4 digits of account number _____ | **$230.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1031 Lami Street**
**Saint Louis, MO 63104**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 13 | **Meador Investigations** | Last 4 digits of account number _____ | $475.00 |

Nonpriority Creditor's Name
**P.O. Box 157**
**Lincoln, IL 62656**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 14 | **Melvin J. Goldstein, M.D., S.C.** | Last 4 digits of account number _____ | $492.71 |

Nonpriority Creditor's Name
**5501 W 79th St Suite 4000**
**Burbank, IL 60459-2190**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical or Dental Services**

---

| 4.1 15 | **MercuryServe, Inc.** | Last 4 digits of account number _____ | $135.00 |

Nonpriority Creditor's Name
**412 E Madison Street, Suite 1120**
**Tampa, FL 33602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| | | | |
|---|---|---|---|
| **4.1**<br>**16** | **Metro Legal Services** | **Last 4 digits of account number** _____ | **$143.79** |

Nonpriority Creditor's Name
**330 2nd Ave SO #150**
**Minneapolis, MN 55401**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Business Services**

---

| | | | |
|---|---|---|---|
| **4.1**<br>**17** | **Michigan Civil Process Service** | **Last 4 digits of account number** _____ | **$135.00** |

Nonpriority Creditor's Name
**42815 Garfield Rd., Ste. 208**
**ME 04803-8000**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Business Services**

---

| | | | |
|---|---|---|---|
| **4.1**<br>**18** | **Mid Tenn Process Services** | **Last 4 digits of account number** _____ | **$100.00** |

Nonpriority Creditor's Name
**340 Reagan St**
**Cookeville, TN 38501**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

| 4.1 19 | **Myers Attorney's Service** | Last 4 digits of account number _____ | **$49.00** |

Nonpriority Creditor's Name
**300 S Spring St    Ste 715**
**Little Rock, AR 72201**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Services**

---

| 4.1 20 | **Myhre Process** | Last 4 digits of account number _____ | **$125.00** |

Nonpriority Creditor's Name
**740 N Plankinton Ave #324**
**Milwaukee, WI 53203**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Services**

---

| 4.1 21 | **Nordstorm- Credit Card** | Last 4 digits of account number _____ | **$10,924.09** |

Nonpriority Creditor's Name
**PO Box 6566**
**Englewood, CO 80155-6566**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card Purchases**

---

| Debtor 1 | **Ernest Lawrence Johnson** |
|---|---|
| Debtor 2 | **Stacey Ann Johnson** |

Case number (if know) _____

---

| 4.1 22 | **Nordstrom/td** | Last 4 digits of account number | **4063** | **$10,924.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**13531 E. Caley Ave**
**Englewood, CO 80111**

Number Street City State Zip Code

When was the debt incurred?    **Opened 4/01/11 Last Active 11/22/15**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Purchases**

---

| 4.1 23 | **Norman Minarik** | Last 4 digits of account number | | **$600.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1303 Sunset Rd**
**Spring Grove, IL 60081**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.1 24 | **Office Depot Credit Plan** | Last 4 digits of account number | | **$2,423.44** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 689020**
**Des Moines, IA 50368-9020**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 25 | **ON-CALL LEGAL** | | **Last 4 digits of account number** _____ | | $275.30 |

Nonpriority Creditor's Name

**1875 CENTURY PARK EAST, SUITE H**

**When was the debt incurred?** _____

**Los Angeles, CA 90067**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services** _____

---

| 4.1 26 | **Palmetto Legal Gophers** | | **Last 4 digits of account number** _____ | | $305.00 |

Nonpriority Creditor's Name

**PO Box 6108**

**When was the debt incurred?** _____

**Columbia, SC 29260**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services** _____

---

| 4.1 27 | **Phoenix Legal, Inc** | | **Last 4 digits of account number** _____ | | $220.00 |

Nonpriority Creditor's Name

**251 SPRINGS XING**

**When was the debt incurred?** _____

**Canton, GA 30114**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services** _____

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (*if know*)

---

| 4.1 28 | **Pitney Bowes Purchase Power** | Last 4 digits of account number | | $7,311.07 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 856042**
**Louisville, KY 40285-6042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services**

---

| 4.1 29 | **Premier Professional Services, Inc** | Last 4 digits of account number | | $120.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6600 N. Meridian Ave. #120**
**Oklahoma City, OK 73116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services**

---

| 4.1 30 | **Priority Process** | Last 4 digits of account number | | $115.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 4189**
**Rockville, MD 20849**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

**4.1 31**

| **Professional Recovery, LLC** | Last 4 digits of account number _____ | $55.00 |
|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 915**
**Dixon, MO 65459**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services** _____

---

**4.1 32**

| **Pronto Process** | Last 4 digits of account number _____ | $65.00 |
|---|---|---|

Nonpriority Creditor's Name
**106 East 6th Street, Ste 800**
**Austin, TX 78701**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services** _____

---

**4.1 33**

| **ProServe USA 2, Inc.** | Last 4 digits of account number _____ | $110.00 |
|---|---|---|

Nonpriority Creditor's Name
**4000 Hollywood Blvd., 555-S**
**Hollywood, FL 33021**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services** _____

---

Debtor 1  **Ernest Lawrence Johnson**
Debtor 2  **Stacey Ann Johnson**

Case number (*if know*) _____

---

| 4.1 34 | **Public Storage** | **Last 4 digits of account number** _____ | **$789.00** |

Nonpriority Creditor's Name

**5829 W. Ogden Avenue**
**Cicero, IL 60804**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility Service**

---

| 4.1 35 | **Reeves Court Services** | **Last 4 digits of account number** _____ | **$165.00** |

Nonpriority Creditor's Name

**PO Box 540**
**MI 49708**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

| 4.1 36 | **Ricoh Americas Corporation** | **Last 4 digits of account number** _____ | **$15,000.00** |

Nonpriority Creditor's Name

**PO Box 41602**
**Philadelphia, PA 19101-1602**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 37 | **Rush Process Service, Inc** | Last 4 digits of account number _____ | $60.00 |

Nonpriority Creditor's Name

**2014 NE Sandy Blvd #204**
**Portland, OR 97232**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

| 4.1 38 | **Ryan Ericson** | Last 4 digits of account number _____ | $850.00 |

Nonpriority Creditor's Name

**163 S Grove Ave**
**Elgin, IL 60120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

| 4.1 39 | **S & R Services** | Last 4 digits of account number _____ | $265.00 |

Nonpriority Creditor's Name

**903 Sneath Lane #227**
**Roswell, KY 40660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 40 | **Salesforce.com** | Last 4 digits of account number _____ | **$2,289.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**The Landmark at One Market, Suite 300**

**San Francisco, CA 94105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 41 | **Same Day Process Service, Inc** | Last 4 digits of account number _____ | **$1,430.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1413 K Street NW, 7th Floor**

**Washington, DC 20005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 42 | **Sano Attorney Service** | Last 4 digits of account number _____ | **$65.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P O Box 1568**

**Stockton, CA 95201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 43 | **Seagull Legal Services** | Last 4 digits of account number _____ | $55.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1706**
**Southampton, PA 18966**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.1 44 | **Shinkowsky Investigations** | Last 4 digits of account number _____ | $60.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 126538**
**Harrisburg, PA 17112**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

| 4.1 45 | **Solano Legal, Inc. dba S&R of Solano** | Last 4 digits of account number _____ | $85.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**710 Empire Street**
**Fairfield, CA 94533**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| 4.1 46 | **Spina, McGuire & Okal, PC** | Last 4 digits of account number _____ | **$1,500.00** |

Nonpriority Creditor's Name

**7610 W North Ave**

**Elmwood Park, IL 60707**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services** _____

---

| | | | |
|---|---|---|---|
| 4.1 47 | **Springleaf Financial Services** | Last 4 digits of account number  **2153** | **$9,374.94** |

Nonpriority Creditor's Name

**Crestwood Center**

**13608 Cicero Avenue, Suite C**

**Midlothian, IL 60445**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loan** _____

---

| | | | |
|---|---|---|---|
| 4.1 48 | **Tactical Investigations, LLC** | Last 4 digits of account number _____ | **$150.00** |

Nonpriority Creditor's Name

**P O Box 662**

**Carbondale, IL 62903**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 49 | | | |
|---|---|---|---|

**Target Credit Card (TC)**

Nonpriority Creditor's Name

**P.O. Box 9475**

**Minneapolis, MN 55440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$418.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card Purchases**

---

| 4.1 50 | | | |
|---|---|---|---|

**Taylor Morse Ltd**

Nonpriority Creditor's Name

**PO Box 3560**

**Laguna Hills, CA 92654**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$190.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Services**

---

| 4.1 51 | | | |
|---|---|---|---|

**Terminx**

Nonpriority Creditor's Name

**PO Box 742592**

**Cincinnati, OH 45274-2592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$206.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Services**

---

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 52 | **The Department of Water Management** | **Last 4 digits of account number** _____ | **$362.80** |
|---|---|---|---|

Nonpriority Creditor's Name

**333 S. State St, #410**

**Chicago, IL 60604**

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Utility Service**

---

| 4.1 53 | **Thomson Reuters - West** | **Last 4 digits of account number** _____ | **$7,686.23** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6292**

**Carol Stream, IL 60197-6292**

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 54 | **TransUnion LLC** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 2000**

**Chester, PA 19016-2000**

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**

Case number (if know)    _____

| 4.1 55 | **TransUnion Risk and Alternative Data Sol** | | | **$3,555.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 209047**
**Dallas, TX 75320-9047**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 56 | **True Blue Paper Service** | | | **$100.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 2675**
**Bentonville, AR 72712**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 57 | **TS Glenfield & Associates** | | | **$200.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4656 Desert Bridge Ct**
**Highland, MI 48356**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**                                    Case number (if know) _____

---

| 4.1 58 | **Union League Club of Chicago** | Last 4 digits of account number _____ | **$900.00** |

Nonpriority Creditor's Name
**65 W Jackson Boulevard**
**Chicago, IL 60604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Services**

---

| 4.1 59 | **Union League Club of Chicago** | Last 4 digits of account number _____ | **$3,000.00** |

Nonpriority Creditor's Name
**65 W Jackson Boulevard**
**Chicago, IL 60604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical or Dental Services**

---

| 4.1 60 | **United Process Servers** | Last 4 digits of account number _____ | **$70.00** |

Nonpriority Creditor's Name
**142 East Figueroa Street**
**Santa Barbara, CA 93101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**                                     Case number (if know) _____

| 4.1 61 | **UnitedHealthcare of Illinois, Inc.** | Last 4 digits of account number _____ | **$2,474.18** |

Nonpriority Creditor's Name
**Dept. CH 10151**
**Palatine, IL 60055**                          When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                               report as priority claims
☐ Yes                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   **Business Services**

| 4.1 62 | **UP2Drive** | Last 4 digits of account number _____ | **$627.33** |

Nonpriority Creditor's Name
**PO Box 78103**
**Phoenix, AZ 85062-8103**                       When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                               report as priority claims
☐ Yes                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   **Services**

| 4.1 63 | **UPS** | Last 4 digits of account number _____ | **$721.01** |

Nonpriority Creditor's Name
**1 UPS Way**
**Hodgkins, IL 60525**                           When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                               report as priority claims
☐ Yes                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   **Business Services**

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 64 | **Veri Quick Process Servers, Inc** | Last 4 digits of account number _____ | $110.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**14278 SW 115th Circle**
**Dunnellon, FL 34432**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 65 | **Visa- Banana Republic** | Last 4 digits of account number **0090** | $9,224.96 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 960017**
**Orlando, FL 32896-0017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card Purchases**

---

| 4.1 66 | **Wagner Investigations** | Last 4 digits of account number _____ | $178.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**324 Lake Ridge Trail**
**Pineville, LA 71360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 67 | **We Deliver Legal Services, LLC** | Last 4 digits of account number _____ | **$370.00** |

Nonpriority Creditor's Name
**218 N Las Moras**
**San Antonio, TX 78207**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services**

---

| 4.1 68 | **West Bend Mutual Insurance Company** | Last 4 digits of account number _____ | **$432.32** |

Nonpriority Creditor's Name
**West Bend 1900 S 18th Ave**
**West Bend, WI 53095**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services**

---

| 4.1 69 | **Wisconsin's Choice Legal Services, Inc.** | Last 4 digits of account number _____ | **$160.00** |

Nonpriority Creditor's Name
**304 East Wilson Street**
**Madison, WI 53703**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Services**

---

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number (if know) _____

---

| 4.1 70 | **Xerox Copiers** | Last 4 digits of account number _____ | $206,084.84 |

Nonpriority Creditor's Name

**Wells Fargo Financial Leasing**
**PO Box 6434**
**Carol Stream, IL 60197-6434**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

| 4.1 71 | **ZapServe Investigations & Process Servic** | Last 4 digits of account number _____ | $59.00 |

Nonpriority Creditor's Name

**5104 N Lockwood Ridge Road, Suite 104A**
**Sarasota, FL 34234**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Services**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Allied Interstate**
**PO Box 1954**
**Southgate, MI 48195-0954**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.134** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**ATG Credit LLC**
**P.O. Box 14895**
**Chicago, IL 60614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Atlantic Credit & Finance Inc.**
**2727 Franklin Road SW**
**Roanoke, VA 24014**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.165** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1  **Ernest Lawrence Johnson**

Debtor 2  **Stacey Ann Johnson**

Case number *(if know)* _____

| | | |
|---|---|---|
| **CKB Firm**<br>**30 N LaSalle Street, Suite 1520**<br>**Chicago, IL 60602** | Line **4.92** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Equifax Information Services, LLC**<br>**PO Box 740241**<br>**Atlanta, GA 30374** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.73** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Experian Information Solutions, Inc.**<br>**PO Box 4500**<br>**Allen, TX 75013-4500** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.75** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Franklin Investigations, Inc**<br>**P O Box 9071**<br>**Fargo, ND 58106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.84** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Lathrop & Gage**<br>**2345 Grand Avenue**<br>**Kansas City, MO 64108** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.85** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Nationwide Credit & Collection**<br>**P.O. Box 3159**<br>**Hinsdale, IL 60522** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.151** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **19,275.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **19,275.00** |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **1,057,164.81** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **1,057,164.81** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1<br>Name<br><br>Number   Street<br><br>City   State   ZIP Code | |
| 2.2<br>Name<br><br>Number   Street<br><br>City   State   ZIP Code | |
| 2.3<br>Name<br><br>Number   Street<br><br>City   State   ZIP Code | |
| 2.4<br>Name<br><br>Number   Street<br><br>City   State   ZIP Code | |
| 2.5<br>Name<br><br>Number   Street<br><br>City   State   ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Ernest Lawrence Johnson** |
|---|---|
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**  Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**  Check all schedules that apply: |
|---|---|
| 3.1  Name ____  Number  Street ____  City  State  ZIP Code | ☐ Schedule D, line ____  ☐ Schedule E/F, line ____  ☐ Schedule G, line ____ |
| 3.2  Name ____  Number  Street ____  City  State  ZIP Code | ☐ Schedule D, line ____  ☐ Schedule E/F, line ____  ☐ Schedule G, line ____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| Debtor 2 (Spouse, if filing) | **Stacey Ann Johnson** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status**<br>☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**  Owner | |
| | | **Employer's name**  E.L. Johnson Investigations | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address**  53 W. Jackson Blvd.<br>Suite 915<br>Chicago, IL 60604 | |
| | | **How long employed there?**  25 Years | |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**                                   Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $            **0.00** | $            **0.00** |
| 5. | **List all payroll deductions:** | | | |
| | 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $            **0.00** | $            **0.00** |
| | 5b.  **Mandatory contributions for retirement plans** | 5b. | $            **0.00** | $            **0.00** |
| | 5c.  **Voluntary contributions for retirement plans** | 5c. | $            **0.00** | $            **0.00** |
| | 5d.  **Required repayments of retirement fund loans** | 5d. | $            **0.00** | $            **0.00** |
| | 5e.  **Insurance** | 5e. | $            **0.00** | $            **0.00** |
| | 5f.  **Domestic support obligations** | 5f. | $            **0.00** | $            **0.00** |
| | 5g.  **Union dues** | 5g. | $            **0.00** | $            **0.00** |
| | 5h.  **Other deductions.** Specify: _____ | 5h.+ | $            **0.00** + | $            **0.00** |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $            **0.00** | $            **0.00** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $            **0.00** | $            **0.00** |
| 8. | **List all other income regularly received:** | | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $            **1,161.17** | $            **0.00** |
| | 8b.  **Interest and dividends** | 8b. | $            **0.00** | $            **0.00** |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $            **0.00** | $            **0.00** |
| | 8d.  **Unemployment compensation** | 8d. | $            **0.00** | $            **0.00** |
| | 8e.  **Social Security** | 8e. | $            **0.00** | $            **0.00** |
| | 8f.  **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $            **0.00** | $            **0.00** |
| | 8g.  **Pension or retirement income** | 8g. | $            **0.00** | $            **0.00** |
| | 8h.  **Other monthly income.** Specify: _____ | 8h.+ | $            **0.00** + | $            **0.00** |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $            **1,161.17** | $            **0.00** |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   **1,161.17**  + | $   **0.00**  = $   **1,161.17** |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                   11.  +$            **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies      12.  $   **1,161.17**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■  No.
☐  Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1        **Ernest Lawrence Johnson**

Debtor 2        **Stacey Ann Johnson**
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐  An amended filing

☐  A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ☒ Yes. **Does Debtor 2 live in a separate household?**

        ☒ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and    ☒ Yes.   Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **10** | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include**     ☒ No
    **expenses of people other than**   ☐ Yes
    **yourself and your dependents?**

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage
    payments and any rent for the ground or lot.                                                  4.  $            **3,683.00**

    **If not included in line 4:**

    4a.   Real estate taxes                                                                       4a.  $              **0.00**
    4b.   Property, homeowner's, or renter's insurance                                            4b.  $              **0.00**
    4c.   Home maintenance, repair, and upkeep expenses                                           4c.  $              **0.00**
    4d.   Homeowner's association or condominium dues                                             4d.  $              **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans               5.   $            **799.00**

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**                                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **250.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **50.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **250.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **433.33** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **100.00** |
| 10. | **Personal care products and services** | | 10. | $ | **0.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **325.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **1,160.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **524.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **503.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **8,077.33** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **8,077.33** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **1,161.17** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **8,077.33** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-6,916.16** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Ernest Lawrence Johnson** | X **/s/ Stacey Ann Johnson** |
|---|---|
| **Ernest Lawrence Johnson** | **Stacey Ann Johnson** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **May 24, 2016** | Date **May 24, 2016** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1   **Ernest Lawrence Johnson**

Debtor 2   **Stacey Ann Johnson**

Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $7,110.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   **Ernest Lawrence Johnson**
Debtor 2   **Stacey Ann Johnson**                                      Case number (*if known*) _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
|  |  |  |  |  |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **GE Capital Information Technology Solutions, LLC v. E.L. Johnson Investigations, Inc 15 L 011632** | **Civil** | **In the Circuit Court of Cook County Richard J. Daley Center 50 W. Washington St. Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Canon Business Solutions, Inc 4 Ohio Dr. New Hyde Park, NY 11042** | **Two copiers**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **March 1, 2015** | **Unknown** |
| **Konica Minola Business Solutions 150 S. Wacker Dr. Chicago, IL 60606** | **Two copiers**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **October 1, 2015** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Ernest Lawrence Johnson**

Debtor 2    **Stacey Ann Johnson**                                    Case number *(if known)* _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Xerox Corporation**<br>**800 Phillips Rd.**<br>**Bldg. 206-99Z**<br>**Webster, NY 14580** | **Three copiers**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **May 1, 2015** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No

    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No

    ☐ Yes

---

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No

    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ■ No

    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No

    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Ernest Lawrence Johnson** | |
|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | |
| | | Case number *(if known)* |

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Sulaiman Law Group, Ltd.<br>900 Jorie Blvd.<br>Suite 150<br>Oak Brook, IL 60523<br>courtinfo@sulaimanlaw.com | $5,275.00 Attorney Fees plus $ 335.00 filing fee plus $110.00 credit counseling and financial management course certificates, merged three bureau credit report and tax transcripts. | December 1, 2015 | $5,720.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**                                    Case number (*if known*) _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Byline Bank** 3639 N. Broadway St. Chicago, IL 60613 | **XXXX-0421** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **January 1, 2016** | **$400.00** |
| **Byline Bank** 3639 N. Broadway St. Chicago, IL 60613 | **XXXX-1072** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **January 1, 2016** | **$1,300.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1 **Ernest Lawrence Johnson**
Debtor 2 **Stacey Ann Johnson**                                    Case number *(if known)*

---

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies.  Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| E.L. Johnson Investigations<br>2538 W. Patterson Ave.<br>Chicago, IL 60615 | **Investigations**<br><br>**Horwich Coleman Levin, LLC** | EIN:      30-0201858<br><br>From-To   1997 to present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ No
   ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **Ernest Lawrence Johnson**
Debtor 2 **Stacey Ann Johnson**

Case number *(if known)* _____

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Ernest Lawrence Johnson** _____          **/s/ Stacey Ann Johnson** _____
**Ernest Lawrence Johnson**                                **Stacey Ann Johnson**
**Signature of Debtor 1**                                  **Signature of Debtor 2**

Date    **May 24, 2016** _____                   Date    **May 24, 2016** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ernest Lawrence Johnson** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Stacey Ann Johnson** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Santander Consumer USA**<br><br>Description of property securing debt: **2015 Jeep Cherokee 17,500 miles Value according to www.kbb.com, Private Party Value (Good Condition)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Santander Consumer USA**<br><br>Description of property securing debt: **2010 Mercedes-Benz GL350 BLUETEC Sport Utility 4D 42,250 miles Value according to www.kbb.com, Private Party Value (Good Condition)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Wells Fargo Bank Nv Na** | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Ernest Lawrence Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Stacey Ann Johnson** | Case number *(if known)* | |

| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **2538 W. Patterson Ave. Chicago, IL 60618  Cook County Value according to www.zillow.com P.I.N. 13-24-212-001-0000** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **Retained and Maintained - Subject to Loan Modification Agreement** | |

| Creditor's name: | **Wells Fargo Home Mtg** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No |
| Description of property securing debt: | **2538 W. Patterson Ave. Chicago, IL 60618  Cook County Value according to www.zillow.com P.I.N. 13-24-212-001-0000** | ■ Retain the property and [explain]: **Retained and Maintained - Subject to Loan Modification Agreement** | ■ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Ernest Lawrence Johnson**
Debtor 2    **Stacey Ann Johnson**                                          Case number *(if known)*

**property that is subject to an unexpired lease.**

| **X** | **/s/ Ernest Lawrence Johnson** | **X** | **/s/ Stacey Ann Johnson** |
|---|---|---|---|
| | **Ernest Lawrence Johnson** | | **Stacey Ann Johnson** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |

Date    **May 24, 2016**                     Date    **May 24, 2016**

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Ernest Lawrence Johnson**
**Stacey Ann Johnson**

_____
Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,275.00** |
| Prior to the filing of this statement I have received | $ | **5,275.00** |
| Balance Due | $ | **0.00** |

2.    $ **0.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

  ■ Debtor     ☐ Other (specify):

4.    The source of compensation to be paid to me is:

  ■ Debtor     ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, relief from stay actions, motions to redeem property under 11 U.S.C. 722, preparation and filing of reaffirmation agreements and applications as needed or any other adversary proceeding.**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 24, 2016**
_____
_Date_

/s/ Joseph S. Davidson
**Joseph S. Davidson**
_Signature of Attorney_
**Sulaiman Law Group, Ltd.**
**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**
**630-575-8181  Fax: 630-575-8188**
**courtinfo@sulaimanlaw.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ernest Lawrence Johnson**
**Stacey Ann Johnson**

Case No.

Debtor(s)

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **178**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May 24, 2016** _____    **/s/ Ernest Lawrence Johnson** _____
                                             **Ernest Lawrence Johnson**
                                             Signature of Debtor

Date:  **May 24, 2016** _____    **/s/ Stacey Ann Johnson** _____
                                             **Stacey Ann Johnson**
                                             Signature of Debtor

.

1 Legal Process Service LLC
1020 Bordner Street
Montpelier, OH 43543


3 Points
1100 Jorie Blvd.  Suite 100
Oak Brook, IL 60523


A Precision Investigation & Consulting
8216 Princeton-Glendale Rd.  #260
West Chester, OH 45069


AAA Process Service
3408 Thunderbird Lane
Wausau, WI 54401


Accurate Serve
PO BOX 5141
Lakeland, FL 33807


Accurate Serve
4446 Hendricks Ave., Ste. 207
Jacksonville, FL 32207


Accurate Serve of Orlando
424 E. Central Blvd., Ste. 304
Orlando, FL 32801


Action Investigation Service, Inc
P O Box 270145
Milwaukee, WI 53227


Action Serv
P O Box 7656
Visalia, CA 93290


Action Subpoena Inc
PO Box 236
Bronx, NY 10471


ADP LLC
PO Box 842875
Boston, MA 02284

```
ADP LLC
1851 N Resler Dr MS-100
El Paso, TX 79912


Aetna Insurance Agency
100 N. Riverside Plaza #200
Chicago, IL 60606


Allied Interstate
PO Box 1954
Southgate, MI 48195-0954


American Expediting
1959 Shawnee Road Suite #160
Saint Paul, MN 55122


American Express
Box 0001
Los Angeles, CA 90096-8000


AmStar Express
509 MARIN ST  SUITE 237
Thousand Oaks, CA 91360


Anderson Brothers Storage and Moving Cor
3141 N. Sheffield
Chicago, IL 60657


At & T
Po Box 5080
Carol Stream, IL 60197-5080


AT&T
Bill Payment Center
Saginaw, MI 48663-0003


ATG Credit LLC
P.O. Box 14895
Chicago, IL 60614


Atlanta Attorney Services
2814 Spring Road, Suite 120
Atlanta, GA 30339
```

Atlantic Credit & Finance Inc.
2727 Franklin Road SW
Roanoke, VA 24014


AZASAP LLC
7550 N 12TH ST #1441
Phoenix, AZ 85020


Bank Of America
P.O. Box 26012
Greensboro, NC 27410


Bank of America
PO Box 982236
El Paso, TX 79998-2236


Bank Of America, N.A. *
401 N. Tryon Street
NC1-021-02-20
Charlotte, NC 28255


Barclays Bank Delaware
P.O. Box 8801
Wilmington, DE 19899


Barrister Investigations - Lockport
610 Maryknoll Drive
Lockport, IL 60441


Bears Master Card (0027)
PO Box 60517
City of Industry, CA 91716


Black Diamond
520 SE Fort King St  Suite A1-2
Ocala, FL 34470


BP II Homewoner Association
2534 W. Patterson Ave.
Chicago, IL 60618


Brandywine Process Servers, LTD
PO Box 1360
Wilmington, DE 19899

Bridgeview Bank Group
4753 N. Broadway
Chicago, IL 60687


Bullet Legal Services, LLC
1930 Village Center Circle #3-965
Las Vegas, NV 89134


Byline Bank
3639 N Broadway
Chicago, IL 60613


ByLine Bank
3639 N. Broadway Street
Chicago, IL 60613


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60693


Capitol Investigation - Bill Caputo
130 Inverness Plaza #500
Birmingham, AL 35242


Caroline J. Smith & Associates
77 W WASHINGTON ST, SUITE #1001
Chicago, IL 60602


Certified Process Service LLC
PO Box 77251
Trenton, NJ 08628


Chameleon Investigations, Inc
33 Wilshire Dr
Avondale Estates, GA 30002


Chase
Attn: Correspondence Dept
P.O. Box 15298
Wilmington, DE 19850

Chase
Attn: Correspondence Dept
P.O. Box 15298
Wilmington, DE 19850


Chase
PO Box 15153
Wilmington, DE 19886


Chase
POB 15153
Wilmington, DE 19886-5153


Chicago Podiatric Surgeons
467 W. Erie Street
Chicago, IL 60654


CHRIS WRIGHT & ASSOCIATES
PO BOX 1034
Longmont, CO 80502


Christopher Mason
1227 N. OSBURN AVENUE
Springfield, IL 62702


CIMCO Communications, INc.
16333 Collections Center Drive
Chicago, IL 60693


Citi Cards
PO Box 78045
Phoenix, AZ 85062


Citi Visa
6716 Grade Lane, Bldg 9, Suite 910
Louisville, KY 40213


Citibank
Citicorp Credit Svcs/Attn: Centralized B
P.O. Box 790040
Saint Louis, MO 63179

Citibank/Best Buy
Centralized Bankruptcy/CitiCorp Credit S
P.O. Box 790040
St Louis, MO 63179


City of Chicago- Department of Finance
500 W. Monroe St
Chicago, IL 60661


CKB Firm
30 N LaSalle Street, Suite 1520
Chicago, IL 60602


Class Action Research & Litigation Suppo
Support Services, Inc.  P.O. Box 740
Penryn, CA 95663


Comcast (Office)
PO Box 3001
Southeastern, PA 19398-3001


Comcast Business
PO Box 37601
Philadelphia, PA 19101


Comcast Cable
PO Box 3002
Southeastern, PA 19398


Commonwealth Edison Co
3 Lincoln Center
Attn: BK Section
Villa Park, IL 60181


Cook County Assessor's Office
118 N. Clark St., Room 301
Chicago, IL 60602


Cook County Treasurer's Office
118 N. Clark St., Room 112
Chicago, IL 60602


Court House Legal Services, Inc.
112 Haddontowne Court, Suite 304
Cherry Hill, NJ 08034

Courthouse Courier
1032 S. 2nd Street
Springfield, IL 62705-4000


Dowd and Dowd
617 West Fulton St
Chicago, IL 60661


Duces Tecum, Inc.
3801 Kirby Dr., Suite 313
Houston, TX 77098


Dynamic Legal Services
PO Box 1629
Fresno, CA 93717


Elan Visa
PO Box 790408
Saint Louis, MO 63179-0408


Encore Process Service
2862 Johnstown Rd, Ste 200
Columbus, OH 43219


Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309


Equifax Information Services, LLC
PO Box 740241
Atlanta, GA 30374


Execuitve Process, LLC dba EZ Messenger
1250 S Capital of Texas Highway Buildin
Austin, TX 78746


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626


Experian Information Solutions, Inc.
PO Box 4500
Allen, TX 75013-4500

Express Attorney Services
P.O. Box 1837
Sioux Falls, SD 57101


Expxress Legal Services
2925 Gulf Freeway S., Suite B-243
League City, TX 77573


F.E.D. Process Servers, Inc
5079 N. Dixie Hwy #330
Fort Lauderdale, FL 33334


Family & Court Services, LLC
115 E BURLEIGH BLVD
Tavares, FL 32778


FedEx
PO Box 94515
Palatine, IL 60094-4515


Finch Process Service
Finch Process Service
Kenosha, WI 53142


Finest Services Inc
P.O. Box 709
Valley Cottage, NY 10989


Franklin Investigations, Inc
P O Box 9071
Fargo, ND 58106


GE Capital Information Technology Soluti
Solutions U.S.A., Inc.  Dept. CH 19188
Palatine, IL 60055-9188


Genesis Information Services, Inc
9604 Jefferson Highway   Ste 1-109
New Orleans, LA 70123


GEORGE BECHELLI
1920 EVERETT ST
West Frankfort, IL 62896

Gregg Investigations, Inc.
500 E. Milwaukee St., Lower   P O Box 12
Janesville, WI 53547


GSI
360 E. 1ST ST, SUITE 773
Tustin, CA 92780


Hansen's Guaranteed Process Co
9530 Imperial Hwy. Ste D
Downey, CA 90242


Hawkeye Legal Services
2731 Douglas Ave
Des Moines, IA 50310


Horwich Coleman Levin LLC
200 South Michigan Ave, Ste. 1100
Chicago, IL 60604


Horwich Coleman Levin, LLC
125 S. Wacker Drive   Suite 1500
Chicago, IL 60606


Howard & Howard
200 South Michigan Ave, Suite 1100
Chicago, IL 60604


HPS Process Service & Investigations Inc
1669 Jefferson St
Kansas City, MO 64108


Hughes Legal Support
P.O. Box 20617
Cranston, RI 02920


Humble Investigations, LLC
1113 South Range Avenue, Ste. 110, #126
Denham Springs, LA 70726


Ice Mountain Spring Water
P.O. Box 856680
Louisville, KY 40285-6680

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


InfoCorp Investigative Services, LLC
P.O. Box 120
Lewis Center, OH 43035


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326


InterPark
91144 Collection Center Drive
Chicago, IL 60693


Isabelle Tintenier
WDC-PSI LLC
11140 Rockville Pike  Ste. 236
Rockville, MD 20852


James Hall
1639 Meadow Lark Dr
Galesburg, IL 61401


JOHN PACIGA
10231 S MAJOR AVE UNIT 208
Oak Lawn, IL 60453


John Roberson Investigations
246 Outback Ridge Trail
Jasper, GA 30143


Kentucky Process Service, Inc
126 S. Locuts Street
Versailles, KY 40383


Kern Legal Services
1614 W. Temple Street
Los Angeles, CA 90026

Konica Minolta Direct Accts - Maintenanc
13847 Collections Center Dr.
Chicago, IL 60693

Kwik Serve
2555 South 177th Plaza #53
Omaha, NE 68130

Lathrop & Gage
2345 Grand Avenue
Kansas City, MO 64108

Lawrence Lattuca
10809 Minnesota Ct
Orland Park, IL 60467

Lincoln Park Smiles
1701 N. Sheffield Ave
Chicago, IL 60614

Manuel Carrasco - 1099
3103 S. Ridgeway Ave
Elgin, IL 60123

McDowell & Associates
1031 Lami Street
Saint Louis, MO 63104

Meador Investigations
P.O. Box 157
Lincoln, IL 62656

Melvin J. Goldstein, M.D., S.C.
5501 W 79th St Suite 4000
Burbank, IL 60459-2190

MercuryServe, Inc.
412 E Madison Street, Suite 1120
Tampa, FL 33602

Metro Legal Services
330 2nd Ave SO #150
Minneapolis, MN 55401

Michigan Civil Process Service
42815 Garfield Rd., Ste. 208
ME 04803-8000


Mid Tenn Process Services
340 Reagan St
Cookeville, TN 38501


Myers Attorney's Service
300 S Spring St   Ste 715
Little Rock, AR 72201


Myhre Process
740 N Plankinton Ave #324
Milwaukee, WI 53203


Nationwide Credit & Collection
P.O. Box 3159
Hinsdale, IL 60522


Nordstorm- Credit Card
PO Box 6566
Englewood, CO 80155-6566


Nordstrom/td
13531 E. Caley Ave
Englewood, CO 80111


Norman Minarik
1303 Sunset Rd
Spring Grove, IL 60081


Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368-9020


ON-CALL LEGAL
1875 CENTURY PARK EAST, SUITE H
Los Angeles, CA 90067


Palmetto Legal Gophers
PO Box 6108
Columbia, SC 29260

Phoenix Legal, Inc
251 SPRINGS XING
Canton, GA 30114


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Premier Professional Services, Inc
6600 N. Meridian Ave. #120
Oklahoma City, OK 73116


Priority Process
P O Box 4189
Rockville, MD 20849


Professional Recovery, LLC
P.O. Box 915
Dixon, MO 65459


Pronto Process
106 East 6th Street, Ste 800
Austin, TX 78701


ProServe USA 2, Inc.
4000 Hollywood Blvd., 555-S
Hollywood, FL 33021


Public Storage
5829 W. Ogden Avenue
Cicero, IL 60804


Reeves Court Services
PO Box 540
MI 49708


Ricoh Americas Corporation
PO Box 41602
Philadelphia, PA 19101-1602


Rush Process Service, Inc
2014 NE Sandy Blvd #204
Portland, OR 97232

Ryan Ericson
163 S Grove Ave
Elgin, IL 60120


S & R Services
903 Sneath Lane #227
Roswell, KY 40660


Salesforce.com
The Landmark at One Market, Suite 300
San Francisco, CA 94105


Same Day Process Service, Inc
1413 K Street NW, 7th Floor
Washington, DC 20005


Sano Attorney Service
P O Box 1568
Stockton, CA 95201


Santander Consumer USA
Po Box 961275
Fort Worth, TX 76161


Santander Consumer USA
Po Box 961245
Fort Worth, TX 76161


Seagull Legal Services
PO Box 1706
Southampton, PA 18966


Shinkowsky Investigations
P O Box 126538
Harrisburg, PA 17112


Solano Legal, Inc. dba S&R of Solano
710 Empire Street
Fairfield, CA 94533


Spina, McGuire & Okal, PC
7610 W North Ave
Elmwood Park, IL 60707

Springleaf Financial Services
Crestwood Center
13608 Cicero Avenue, Suite C
Midlothian, IL 60445


Tactical Investigations, LLC
P O Box 662
Carbondale, IL 62903


Target Credit Card (TC)
P.O. Box 9475
Minneapolis, MN 55440


Taylor Morse Ltd
PO Box 3560
Laguna Hills, CA 92654


Terminx
PO Box 742592
Cincinnati, OH 45274-2592


The Department of Water Management
333 S. State St, #410
Chicago, IL 60604


Thomson Reuters - West
PO Box 6292
Carol Stream, IL 60197-6292


TransUnion LLC
P.O. Box 2000
Chester, PA 19016-2000


TransUnion Risk and Alternative Data Sol
PO Box 209047
Dallas, TX 75320-9047


True Blue Paper Service
P O Box 2675
Bentonville, AR 72712


TS Glenfield & Associates
4656 Desert Bridge Ct
Highland, MI 48356

Union League Club of Chicago
65 W Jackson Boulevard
Chicago, IL 60604


United Process Servers
142 East Figueroa Street
Santa Barbara, CA 93101


UnitedHealthcare of Illinois, Inc.
Dept. CH 10151
Palatine, IL 60055


UP2Drive
PO Box 78103
Phoenix, AZ 85062-8103


UPS
1 UPS Way
Hodgkins, IL 60525


Veri Quick Process Servers, Inc
14278 SW 115th Circle
Dunnellon, FL 34432


Visa- Banana Republic
PO Box 960017
Orlando, FL 32896-0017


Wagner Investigations
324 Lake Ridge Trail
Pineville, LA 71360


We Deliver Legal Services, LLC
218 N Las Moras
San Antonio, TX 78207


Wells Fargo Bank Nv Na
Mac F8235-02f
Po Box 10438
Des Moines, IA 50306


Wells Fargo Home Mtg
Written Correspondence Resolutions
Mac#X2302-04e Po Box 10335
Des Moines, IA 50306

West Bend Mutual Insurance Company
West Bend 1900 S 18th Ave
West Bend, WI 53095


Wisconsin's Choice Legal Services, Inc.
304 East Wilson Street
Madison, WI 53703


Xerox Copiers
Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434


ZapServe Investigations & Process Servic
5104 N Lockwood Ridge Road, Suite 104A
Sarasota, FL 34234